IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LOIS WHITE | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 1:25-cv-4111 |
| WU'S HOUSE, PALOS PARK INC., an | ) ) | Honorable John F. Kness |
| Illinois corporation | ) ) ) | |
| Defendant. | ) ) | |

**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff, LOIS WHITE, and Defendant, WU'S HOUSE, PALOS PARK INC., hereby jointly stipulate and agree to the voluntary dismissal of this matter, including any and all pending claims in this matter, without prejudice and without cost to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: October 21, 2025                                    Respectfully submitted,

CASS LAW GROUP, P.C.                          EVANS & DIXON, LLC.

By: */s/ Angela C. Spears*                          /s/ Bethany N. White
Angela C. Spears                                       Bethany N. White
CASS LAW GROUP, P.C.                          EVANS & DIXON, LLC
20015 S. LaGrange Rd #1098                    303 W. Madison Street, Suite 1900
Frankfort, IL 60423                                    Chicago, IL 60606
T: (872) 329-4844                                      T: (312) 924-7272
E: aspears@casslawgroup.com                E: bwhite@evans-dixon.com

*Counsel for Plaintiff*                                *Counsel for Defendant*

1